No. A–1081. MARRIOTT CORP. ET AL. *v.* DISTRICT OF COLUMBIA MINIMUM WAGE AND INDUSTRIAL SAFETY BOARD. Ct. App. D. C. Application for stay of enforce-

ment of the Wage Order of the District of Columbia Minimum Wage and Industrial Safety Board presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. The order of THE CHIEF JUSTICE heretofore entered May 13, 1974, is hereby vacated.